1  Ronald L.M. Goldman, Esq (SBN 33422)
2      rgoldman@baumhedlundlaw.com
   Timothy Loranger, Esq (SBN 225422)
3      tloranger@baumhedlundlaw.com
   Clay Robbins, III, Esq. (SBN 101275)
4      crobbins@baumhedlundlaw.com
5  BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
   10940 Wilshire Blvd, 17th Floor
6  Telephone: (310) 207-3233
7  Facsimile: (310) 820-7444
8
   Attorneys for Plaintiffs
9
10              UNITED STATES DISTRICT COURT
11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| SAMUEL KOONTZ, ANTHONY ROMERO, NICHOLAS AMRIEN and TAGEN SCHMIDT | Case No. 18-cv-2482-L-JLB |
| Plaintiffs, | DOE #1 AMENDMENT TO COMPLAINT FOR DAMAGES |
| v. | |
| SAN DIEGO GAS & ELECTRIC CO., SOUTHERN CALIFORNIA GAS COMPANY, SAN DIEGO PIPELINE COMPANY and DOES 1-100, Inclusive, | |
| Defendants. | |

Upon the filing of the complaint, plaintiffs, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of DOE #1, and having discovered the true name of the defendant

1
DOE #1 AMENDMENT TO COMPLAINT

1  to be KINDER MORGAN G.P., INC., amend the complaint by substituting the

2  true name for the fictitious name wherever it appears in the complaint.

BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

DATED:   November 1, 2018

                        s/ Timothy A. Loranger
By _____
CLAY ROBBINS III
RONALD L.M. GOLDMAN
TIMOTHY A. LORANGER
***Attorney for Plaintiffs SAMUEL KOONTZ, ANTHONY ROMERO, NICHOLAS AMRIEN and TAGEN SCHMIDT***