William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Robert W. Lincoln, III, Bar No. 316290
lincolnr@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

Raul Olamendi Smith, Bar No. 180395
rasmith@semprautilities.com
Office of the General Counsel
SAN DIEGO GAS & ELECTRIC COMPANY
8330 Century Park Court, 2nd Floor
San Diego, CA 92123
Telephone: 858.654.1625
Facsimile: 619.696.4838

Attorneys for Defendant
SAN DIEGO GAS & ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOONTZ, ANTHONY ROMERO, NICHOLAS AMRIEN and TAGEN SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC CO., SOUTHERN CALIFORNIA GAS COMPANY, SAN DIEGO PIPELINE COMPANY and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. 18cv2482 L (JLB)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 40.2**<br><br>District Judge: Hon. M. James Lorenz<br>Magistrate: Hon. Jill L. Burkhardt |

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 40.2, Defendant, San Diego Gas & Electric Company ("SDG&E"), by and through its attorneys of record, files this Notice of Party with Financial Interest identifying

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

8800607.1

PARTY WITH FINANCIAL INTEREST
CASE NO. 18cv1390 BAS (JLB)

the following parent corporations and/or any publicly held corporations that own 10% or more of its stock.

1. SDG&E is a corporation organized under the laws of California, having its principal place of business in San Diego, California.

2. SDG&E is an indirect, wholly-owned subsidiary of Sempra Energy, a publicly traded corporation, which owns 10% or more of SDG&E's stock.

SDG&E will file a supplement to this notice promptly upon any change in the information provided herein.

DATED: November 30, 2018

**HIGGS FLETCHER & MACK LLP**

By: *s/ William M. Low*
WILLIAM M. LOW, ESQ.
EDWIN M. BONISKE, ESQ.
ROBERT W. LINCOLN, III, ESQ.

**SAN DIEGO GAS & ELECTRIC COMPANY**

RAUL OLAMENDI SMITH, ESQ.

Attorneys for Defendant
SAN DIEGO GAS & ELECTRIC COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on November 30, 2018 on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d).

By: *s/ William M. Low*
WILLIAM M. LOW, ESQ.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

8800607.1

2

PARTY WITH FINANCIAL INTEREST
CASE NO. 18cv1390 BAS (JLB)