1  COOLEY LLP
   M. RAY HARTMAN III (211205)
2  (RHARTMAN@COOLEY.COM)
   ALEXANDER R. MILLER (294474)
3  (AMILLER@COOLEY.COM)
   4401 Eastgate Mall
4  San Diego, CA 92121
   Telephone:  (858) 550-6000
5  Facsimile:   (858) 550-6420

6  Attorneys for Plaintiff and
   Defendant Kinder Morgan G.P., Inc.
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SAMUEL KOONTZ, et al.,<br><br>             Plaintiff,<br><br>    v.<br><br>SAN DIEGO GAS & ELECTRIC CO., et al.,<br><br>             Defendants. | Case No. 3:18-cv-2482-L-JLB<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT KINDER MORGAN G.P., INC. TO RESPOND TO COMPLAINT**<br><br>Judge:       Hon. M. James Lorenz<br>Courtroom: 5B<br><br>Complaint Filed: October 29, 2018 |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.: 3:18-CV-02482-L-JLB
JOINT MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rules 7.2(b) and 12.1, Plaintiffs Samuel Koontz, Anthony Romero, Nicholas Amrien and Tagen Schmidt ("Plaintiffs") and Defendant Kinder Morgan G.P., Inc. ("Defendant"), (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby jointly move for an order granting Defendant additional time to respond to the Complaint as set forth below:

WHEREAS, on October 29, 2018, Plaintiffs filed a Complaint for Damages ("Complaint"), which designated the fictitious names of DOES 1-100 as defendants;

WHEREAS, on November 1, 2018, Plaintiffs filed an Amendment to their Complaint, designating Kinder Morgan G.P., Inc. as DOE #1;

WHEREAS, on November 12, 2018, Plaintiff served a copy of the Summons Amendment to the Complaint on Defendant, pursuant to Rule 4, Fed. R. Civ. P and LR 4.1;

WHEREAS, Defendant's deadline to answer, or otherwise respond to, the Complaint is currently December 3, 2018;

WHEREAS, the Parties have attempted to meet and confer regarding the facts of this matter in a good faith attempt to reach a resolution;

WHEREAS, in light of the Parties attempts to meet and confer, and in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Parties agree to extend Defendant's deadline to answer, or otherwise respond to, the Complaint;

WHEREAS, this extension is not sought for the purpose of unnecessarily delaying this action;

WHEREAS, the extension of time sought will not alter the date of any event or deadline already fixed by the Court;

NOW, THEREFORE, the Parties hereby jointly move the Court for an order for a 30-day extension of time in which Defendant shall answer or otherwise respond to the Complaint in this action to be continued to January 3, 2019. If Plaintiffs serve

and file an amended complaint, Defendants shall have the time permitted under the Federal Rules of Civil Procedure to respond to the amended Complaint.

Dated:  November 30, 2018

COOLEY LLP
M. RAY HARTMAN III (211205)
ALEXANDER R. MILLER (294474)

*/s/Alex Miller*
Alexander R. Miller (294474)

Attorneys for Defendant Kinder Morgan G.P., Inc.

Dated:  November 30, 2018

BAUM HEDLUND ARISTEI & GOLDMAN P.C.
CLAY ROBBINS III
RONALD L.M. GOLDMAN
TIMOTHY A. LORANGER

*/s/Timothy Loranger*
Timothy A. Loranger (225422)

Attorneys for Plaintiffs Samuel Koontz, Anthony Romero, Nicholas Amrien and Tagen Schmidt

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Timothy A. Loranger, counsel for Plaintiffs Samuel Koontz, Anthony Romero, Nicholas Amrien and Tagen Schmidt, and that I have obtained Mr. Loranger's authorization to affix his electronic signature to this document.

*/s/Alex Miller*
Alexander R. Miller (294474)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CASE NO.: 3:18-CV-02482-L-JLB
JOINT MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT