| | |
|---|---|
| 1 | COOLEY LLP |
| | M. RAY HARTMAN III (211205) |
| 2 | (RHARTMAN@COOLEY.COM) |
| | ALEXANDER R. MILLER (294474) |
| 3 | (AMILLER@COOLEY.COM) |
| | 4401 Eastgate Mall |
| 4 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 5 | Facsimile: (858) 550-6420 |
| 6 | Attorneys for Plaintiff and |
| 7 | Defendant Kinder Morgan G.P., Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOONTZ, et al., | Case No. 3:18-cv-2482-L-JLB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge: Hon. M. James Lorenz |
| SAN DIEGO GAS & ELECTRIC CO., et al., | Courtroom: 5B |
| Defendants. | Complaint Filed: October 29, 2018 |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following document was e-filed on November 30, 2018, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

**1. JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT KINDER MORGAN G.P., INC. TO RESPOND TO COMPLAINT**

Dated:  November 30, 2018

COOLEY LLP
M. RAY HARTMAN III (211205)
ALEXANDER R. MILLER (294474)

*/s/Alex Miller*
Alexander R. Miller (294474)

Attorneys for Defendant Kinder Morgan G.P., Inc.