UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEAL KOONTZ, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC CO., et al,<br><br>  Defendants. | Case No.: 3:18-cv-2482-L-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND [ECF No. 10]** |

Pending before the Court is the parties' joint motion for extension of time to respond to plaintiff's complaint filed by defendant Kinder Morgan G.P., Inc. [ECF No. 10]. The Court finds that good cause exists to extend defendant's deadline to answer thirty (30) days. As such, the joint motion is **GRANTED**. The time for defendant to answer or otherwise respond to plaintiff's complaint is extended to and including January 3, 2019.

  **IT IS SO ORDERED.**

Dated: December 3, 2018

_____
Hon. M. James Lorenz
United States District Judge