Ronald L.M. Goldman, Esq (SBN 33422)
rgoldman@baumhedlundlaw.com
Timothy Loranger, Esq (SBN 225422)
tloranger@baumhedlundlaw.com
Clay Robbins, III, Esq. (SBN 101275)
crobbins@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd, 17th Floor
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KOONTZ, ANTHONY ROMERO, NICHOLAS AMRIEN and TAGEN SCHMIDT<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC CO., SOUTHERN CALIFORNIA GAS COMPANY, SAN DIEGO PIPELINE COMPANY and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 18-cv-2482-BAS-JLB<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST KINDER MORGAN G.P., INC., WITHOUT PRJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs SAMUEL KOONTZ, ANTHONY, ROMERO, NICHOLAS AMRIEN, and TAGEN SCHMIDT ("Plaintiffs"), voluntarily dismiss all claims against KINDER MORGAN G.P., INC., without prejudice.

DATED:   December 21, 2018

                                     BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

                                     By: /s/ Timothy A. Loranger
                                          TIMOTHY A. LORANGER
                                          CLAY ROBBINS III
                                          RONALD L.M. GOLDMAN
                                          *Attorney for Plaintiffs SAMUEL KOONTZ, ANTHONY ROMERO, NICHOLAS AMRIEN and TAGEN SCHMIDT*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 21, 2018, a copy of foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically and served by mail on parties who have not appeared or are unable to accept electronic filing.  Notice of this filing will be sent by E-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                      By: /s/ Timothy A. Loranger
                                            TIMOTHY A. LORANGER