UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS TINOCO, et al.,<br><br>                                  Plaintiffs,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC CO., et al.,<br><br>                                  Defendants.<br><br>AND CONSOLIDATED CASES | Lead Case No.: 17-cv-2433-BAS-JLB<br>Consolidated Case Nos.:<br>(1) 18-cv-1389-BAS-JLB<br>(2) 18-cv-1390-BAS-JLB<br>(3) 18-cv-1561-BAS-JLB<br>(4) 18-cv-1803-BAS-JLB<br>(5) 18-cv-1805-BAS-JLB<br>(6) 18-cv-1807-BAS-JLB<br>(7) 18-cv-1808-BAS-JLB<br>(8) 18-cv-2482-BAS-JLB<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES IN CONSOLIDATED CASE** |

    On January 7, 2018, the Honorable Cynthia Bashant consolidated *Koontz et al. v. San Diego Gas & Electric Co., et al.*, 18-cv-2482-BAS-JLB ("*Koontz*") with *Tinoco et al. v. San Diego Gas & Electric Co., et al.*, 17-cv-2433-BAS-JLB ("*Tinoco*") and seven other actions. (*Koontz*, ECF No. 19; *Tinoco*, ECF No. 48.) Accordingly, the telephonic, counsel-only Early Neutral Evaluation and Case Management Conferences previously set for January 14, 2019, before Magistrate Judge Jill L. Burkhardt in *Koontz* (*Koontz*, ECF No.

12) are hereby **VACATED**. The *Koontz* parties shall follow the Scheduling Order previously issued in *Tinoco* (*Tinoco*, ECF No. 44).

**IT IS SO ORDERED.**

Dated: January 9, 2019

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge